# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136017

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL WILLIAM MUNGO,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136017
COA: 269250
Washtenaw CC: 05-001221-FH

_____/

On order of the Court, the application for leave to appeal the January 17, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Arizona v Gant*, ___ US ___; 128 S Ct 1443; 170 L Ed 2d 274 (2008), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

s0519

_____
Clerk